```
                    UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION

                       No. 5:17-CR-345-1FL
```

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | REARRAIGN DEFENDANT |
| | ) | |
| HILLARY CHEYENNE CARVER | ) | |

This matter comes before the Court by motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to rearrain defendant in the above-captioned matter. Accordingly, and for good cause shown in the motion, the Court hereby grants the motion.

Defendant's rearraignment is set for Wednesday, October 31, 2018 at 10:00 a.m. before U.S. Magistrate Judge Robert T. Numbers, II, 5th Floor Courtroom, United States Courthouse at Raleigh, NC.

SO ORDERED this 24th day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge