FILED IN OPEN COURT
ON 11/8/18 SW
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00345-FL

UNITED STATES OF AMERICA  :
                          :
        v.                :
                          :
HILLARY CHEYENNE CARVER   :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, on April 12, 2018 to violations of 18 U.S.C. § 924(c)(1)(A)(ii) and 2, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

   a.   Hipoint, Model 4095, .40 caliber rifle bearing Serial Number H69572, and

   b.   Any accompanying ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

   1.   That based upon the Guilty Plea as to the defendant, the United States is hereby authorized to seize the above-stated

1

personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 8th day of November, 2018.

LOUISE WOOD FLANAGAN
United States District Judge